# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:24-mj-2118-DCI

**MICHAEL SCHEUER**

AUSA: Robert Sowell and Chauncey Bratt

Defense Attorney: Katherine Puzone, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **October 24, 2024**<br>1:35 P.M. – 1:44 P.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 9 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
### INITIAL APPEARANCE

Case called, appearances made, procedural setting by the Court.
Court advises defendant of his rights.
Defendant motions for appointment of counsel. The FPD is appointed for this hearing. Defendant informs the Court that he has retained counsel and they plans to file a notice of appearance.
Court sets status conference re counsel for Monday. Notice to be entered.
Government advises of the charge and potential penalties in the complaint.
Court inquires of the defendant – No issue as to competency.
Defendant has waived preliminary hearing.
Government motions for detention. Defendant reserves as to detention.
The defendant is remanded to the custody of the U.S. Marshal pending further proceedings.
Court adjourned.