# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                         CASE NO: 6:24-mj-2118-DCI

MICHAEL SCHEUER

---

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P.5, or to a preliminary hearing under Fed.R.Crim.P.32.1.

I agree to waive my right to a preliminary hearing under Fed.R.Crim.P.5 or Fed.R.Crim.P.32.1.

__10/24/24__
Date

_[signature]_
Defendant's signature

_[signature]_
Signature of defendant's attorney

__FDO 201 S. Orange Ave J00__
Address of defendant's attorney
__Orlando FL 32801__

__Katherine_purence@fd.org__
E-mail address of defendant's attorney

__407 6486338__
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney