UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                       CASE NUMBER: 6:24-mj-2118

MICHAEL SCHEUER,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW**, David Haas of Haas Law, PLLC and files this Notice of Appearance as counsel on behalf of the Defendant MICHAEL SCHEUER in the above-styled cause of action.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 25TH day of October, 2024, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: AUSA Robert Sowell, Office of the United States Attorney, 400 W. Washington Street, Suite 300, Orlando, FL 32805.

                                      /s/*David Haas*
                                      DAVID HAAS
                                      Florida Bar Number 0494674
                                      Attorney for the Defendant
                                      Haas Law, PLLC
                                      201 S. Orange Avenue, Suite 1017
                                      Orlando, Florida 32801
                                      Telephone: (407) 755-7675
                                      Facsimile: (321) 766-6027
                                      E-mail: david@HaasLawPLLC.com